IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TGAS ADVISORS, LLC,**<br>      **Plaintiff/Counterclaim Defendant,**<br><br>      **v.**<br><br>**ZENSIGHTS, LLC,**<br>      **Defendant/Counterclaim Plaintiff,**<br><br>      **v.**<br><br>**GARY WARNER and ALICE VON LOESECKE,**<br>      **Third-Party Defendants.** | **CIVIL ACTION**<br><br>**NO. 16-1870** |

## O R D E R

**AND NOW**, this 5th day of May 2016, after review of Zensights' Amended Notice of Removal (ECF 15), TGaS's Letter Regarding Subject Matter Jurisdiction (ECF 14), Zensights' Letter Regarding TGaS's Requests for Judicial Action Via Letter (ECF 18), TGaS's and the third-party Defendants' Motion to Remand to State Court on Short Order (ECF 19), Zensights' Second Amended Notice of Removal (ECF 23), TGaS's and the third-party Defendants' Motion to Remand (ECF 26), Zensights' Response in Opposition to Plaintiffs' Motion to Remand (ECF 32), and TGaS's and the third-party Defendants' Memorandum of Law in Support of its Motion to Remand (ECF 33), and the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that the Motions to Remand (ECF 19, 26) are **DENIED**.

The scheduled preliminary injunction hearing will take place as planned in the Court's May 4, 2016 Order. (ECF 31)

                                                          **BY THE COURT:**
                                                          */s/ Michael M. Baylson*
                                                          _____
                                                          **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 16\16-1870 TGAS Advisors v Zensights\16cv1870 Order on Jurisdiction.docx