IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TGAS ADVISORS, LLC,<br>         Plaintiff/Counterclaim Defendant,<br><br>   v.<br><br>ZENSIGHTS, LLC,<br>         Defendant/Counterclaim Plaintiff,<br><br>   v.<br><br>GARY WARNER and ALICE VON LOESECKE,<br>         Third-Party Defendants. | CIVIL ACTION<br><br>NO. 16-1870 |

## O R D E R

**AND NOW**, this  1st   day of August 2016, after an evidentiary hearing and review of Zensights' Motion for a Temporary Restraining Order and Preliminary Injunction (ECF 2), Zensights' Post-Hearing Motion for Preliminary Injunction (ECF 47), TGaS's opposition thereto (ECF 50), and Zensights' reply thereto (ECF 52), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED**:

1. Zensights' Motion for a Preliminary Injunction is DENIED,

2. the current Temporary Restraining Order (ECF 10) is lifted, and

3. the parties have fourteen (14) days to file briefs concerning subject matter jurisdiction.

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 16\16-1870 TGAS Advisors v Zensights\16cv1870 Order 07212016.docx